**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE URVE MAGGITTI, | : | No. 30 MM 2024 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| HON. JOHN P. CAPUZZI, SR. JUDGE, | : | |
| DELAWARE COUNTY, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of May, 2024, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Prohibition is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.